UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HECTOR GUERRA FION, | 2:08-CR-00036-PMP-GWF |
| Plaintiff, | |
| v. | O R D E R |
| WALT WELLS, | |
| Defendant. | |

Before the Court for consideration is Plaintiff Hector Guerra Fion's Application to Proceed in Forma Pauperis (Doc. #1) filed January 10, 2008. On March 13, 2008, the Honorable Magistrate Judge George W. Foley, Jr., entered a Findings and Recommendations (Doc. #5) recommending that Plaintiff Fion's action be dismissed without prejudice.

The Court has conducted a de novo review of the record in the case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Findings and Recommendations should be affirmed.

**IT IS THEREFORE ORDERED** that Plaintiff Hector Guerra Fion's Application to Proceed in Forma Pauperis (Doc. #1) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff Hector Guerra Fion's case is DISMISSED without prejudice.

DATED: April 4, 2008.

_____
PHILIP M. PRO
United States District Judge